# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>A I-PHONE 13, WHITE WITH CLEAR CASE (SUBJECT CELLULAR TELEPHONE 1, ATTACHMENT A-1) | Case No. 2:22-mj-00976-EJY<br><br>**Order to Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>A I-PHONE 13, LIGHT PINK WITH CLEAR CASE (SUBJECT CELLULAR TELEPHONE 2, ATTACHMENT A-2) | Case No. 2:22-mj-00977-EJY<br><br>**Order to Unseal Case** |

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant cases shall be unsealed.

**DATED** this 25th day of September, 2023.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE